UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-142-1

FILED
MAY 30 2006

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | Fed. R. Crim. P. 7 |
| JONATHAN CHRISTOPHER TILTON ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

Beginning in or about October 2004, and continuing up through and including June 3, 2005, in the Eastern District of North Carolina and elsewhere, JONATHAN CHRISTOPHER TILTON, defendant herein, with the intent to defraud, did falsely make, forge, and counterfeit obligations and other securities of the United States, to wit: federal reserve notes; and in so doing, did aid and abet other persons known to the United States, all in violation of Title 18, United States Code, Sections 471 and 2.

COUNT TWO

Beginning in or about October 2004, and continuing up through and including June 3, 2005, in the Eastern District of North Carolina and elsewhere, JONATHAN CHRISTOPHER TILTON, defendant herein, with the intent to defraud, did pass, utter, publish, and kept in his possession, falsely made, forged, and counterfeited obligations and other securities of the United States, to wit:

counterfeited federal reserve notes; and in so doing, did aid and abet other persons known to the United States, all in violation of Title 18, United States Code, Sections 472 and 2.

FRANK D. WHITNEY
United States Attorney

By: BANUMATHI RANGARAJAN
Assistant United States Attorney
Criminal Division